LAWRENCE G. WASDEN
Attorney General
State of Idaho

PAUL R. PANTHER
Deputy Attorney General
Chief, Criminal Law Division

MARK W. OLSON, ISB #7555
Deputy Attorney General
L. LaMONT ANDERSON, ISB #3687
Chief, Capital Litigation Unit
Criminal Law Division
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 332-3099
Facsimile: (208) 854-8074
mark.olson@ag.idaho.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID LEON JOHNSON, | CASE NO. 1:18-cv-00216-DCN |
| Petitioner, | NOTICE OF LODGING |
| vs. | |
| HENRY ATENCIO, Director of the Idaho Department of Correction; and CARMEN DYAS, Senior Probation Office for Interstate Compact Parolees, also with the Idaho Department of Correction | |
| Respondents. | |

COMES NOW, Respondents, Henry Atencio et. al. ("state") by and through their

attorney, Mark W. Olson, Deputy Attorney General, Capital Litigation Unit, and hereby

lodges state court records pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254

*NOTICE OF LODGING STATE COURT RECORDS - 1*

Cases. All state court documents remain available for inspection upon the request of the Court. Respondent reserves the right to augment the record if the need arises during the course of these proceedings.

The following records and documents are hereby submitted to the Court:

**A.    State District Court Records (First Trial), *State of Idaho v. David Leon Johnson*, Minidoka County District Court Case No. CR-2005-02497, Idaho Supreme Court Docket No. 33691:**

1.    Clerk's Record on Appeal, Vol. I., State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CR-2005-02497, Idaho Supreme Court Docket No. 33691 (pages 1-200).

2.    Clerk's Record on Appeal, Vol. II., State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CR-2005-02497, Idaho Supreme Court Docket No. 33691 (pages 201-409).

3.    Reporter's Transcript of hearing on defendant's motion in limine, State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CR-2005-02497; Idaho Supreme Court Docket No. 33691; March 3, 2006 (35 pages).

4.    Reporter's Transcript of pretrial hearing, State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CR-2005-02497; Idaho Supreme Court Docket No. 33691; June 23, 2006 (6 pages).

5.    Reporter's Transcript of pretrial hearing, State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CR-2005-02497; Idaho Supreme Court Docket No. 33691; June 29, 2006 (13 pages).

6.    Reporter's Transcript of various hearings, State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CR-2005-02497; December 12, 2005;

February 27, 2006; May 23, 2006; November 13, 2006; November 17, 2006; August 17, 2007; Idaho Supreme Court Docket No. 33691 (249 pages).

7. Reporter's Transcript of jury trial, Vol. I., State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CR-2005-02497; July 10-14, 19-20, 2006; Idaho Supreme Court Docket No. 33691 (pages 1-958).

8. Reporter's Transcript of jury trial, Vol. II., State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CR-2005-02497; July 10-14, 19-20, 2006; Idaho Supreme Court Docket No. 33691 (pages 959-1402, and index).

9. Reporter's Transcript of sentencing hearing, State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CR-2005-02497; October 6, 2006; Idaho Supreme Court Docket No. 33691 (119 pages, including index).

10. Reporter's Transcript of status hearing, State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CR-2005-02497; October 23, 2006; Idaho Supreme Court Docket No. 33691 (12 pages).

**B.** **State Appellate Court Records (First Direct Appeal），*State of Idaho v. David Leon Johnson*, Idaho Supreme Court Docket No. 33691:**

1. Appellant's Brief, State of Idaho v. David Leon Johnson, Idaho Supreme Court Docket No. 33691, dated June 25, 2008 (61 pages).

2. Brief of Respondent, State of Idaho v. David Leon Johnson, Idaho Supreme Court Docket No. 33691, dated October 6, 2008 (23 pages).

3. Appellant's Reply Brief, State of Idaho v. David Leon Johnson, Idaho Supreme Court Docket No. 33691, dated December 9, 2008 (12 pages).

4. 2010 Opinion No. 11, State of Idaho v. David Leon Johnson, Idaho Supreme Court Docket No. 33691, entered February 2, 2010 (9 pages).

5. Remittitur, State of Idaho v. David Leon Johnson, Idaho Supreme Court Docket No. 33691, dated February 24, 2010 (1 page).

C. **State District Court Records (Post-Conviction),** *David Leon Johnson v. State of Idaho*, **Minidoka County District Court Case No. CV-2012-00683**

1. iCourt Portal entry, David Leon Johnson v. State of Idaho, Minidoka County District Court Case No. CV-2012-00683, (21 pages).

2. Reporter's Transcript of hearing on state's motion for summary dismissal of post-conviction petition, State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CV-2012-00683; Idaho Supreme Court Docket Nos. 43822 and 43823; August 12, 2013 (16 pages).

3. Transcript of deposition of Ray Keith Roark, State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CV-2012-00683; Idaho Supreme Court Docket Nos. 43822 and 43823; December 2, 2013 (45 pages).[1]

4. Reporter's Transcript of status hearing, State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CV-2012-00683; Idaho Supreme Court Docket Nos. 43822 and 43823; April 13, 2015 (13 pages).

5. Reporter's Transcript of status hearing, State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CV-2012-00683; Idaho Supreme Court Docket Nos. 43822 and 43823; June 15, 2015 (9 pages).

---

[1] The footer page numbers in the Reporter's Transcript of the Roark deposition indicates that the transcript is 234 pages in length. (State's lodging C-3.) This is because the transcript includes both the deposition and a portion of the second jury trial. The state has omitted the portion of this compiled transcript that includes the portion of the second jury trial, and instead lodges the second trial transcript, in full, as part of State's lodging D-2.

D. **State District Court Records (Second Trial), *State of Idaho v. David Leon Johnson*, Minidoka County District Court Case No. CR-2005-02497, Idaho Supreme Court Docket No. 33691:**

1. Reporter's Transcript of pretrial hearings with prospective jurors for second trial, State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CR-2005-02497; Idaho Supreme Court Docket Nos. 43822 and 43823; June 22 and 23, 2011 (30 pages).

2. Reporter's Transcript of hearing on motion to compel (February 14, 2011), second jury trial (June 27 – July 6, 2011), and second sentencing hearing (September 26, 2011), State of Idaho v. David Leon Johnson, Minidoka County District Court Case No. CR-2005-02497; Idaho Supreme Court Docket Nos. 43822 and 43823; August 12, 2013 (1380 pages).

E. **Consolidated Appellate Record (Second Direct Appeal and Post-Conviction Appeal), *State of Idaho v. David Leon Johnson*, Minidoka County District Court Case Nos. CR-2005-02497 and CV-2012-00683; Idaho Supreme Court Docket Nos. 43822 and 43823[2]**

1. Idaho Supreme Court Order Consolidating Appeals, State of Idaho v. David Leon Johnson, Minidoka County District Court Case Nos. CR-2005-02497 and

---

[2] The Idaho Supreme Court consolidated Johnson's appears from his judgment of conviction entered following the second jury trial (Docket No. 43822), and from the state district court's order dismissing, in part, Johnson's post-conviction petition (Docket No. 43822) (State's lodging E-1). The clerk's record and various reporter's transcripts were generated for this consolidated appeal. However, the Idaho Supreme Court later severed these two cases. (State's lodging E-5.) Pursuant to this order, the appeals remained consolidated "for purposes of the Clerk's Record and Reporter's Transcripts previously ordered," but were severed for briefing. (Id.) Because the clerk's record and some of the reporter's transcripts contain documents associated with both the post-conviction and criminal proceedings, the state includes these portions of the state court records under the "G" category for "Consolidated Appellate Records." Transcripts that relate *only* to either the second jury trial or post-conviction proceeding are lodged with other documents from those respective proceedings (State's lodgings C-2 through C-5 for transcripts associated solely with the post-conviction proceeding; and State's lodgings D-1 through D-2 for transcripts associated solely with the second jury trial).

CV-2012-00683; Idaho Supreme Court Docket Nos. 43822 and 43823; dated January 14, 2016 (1 page).

2. Clerk's Record for Consolidated Appeal, State of Idaho v. David Leon Johnson, Minidoka County District Court Case Nos. CR-2005-02497 and CV-2012-00683; Idaho Supreme Court Docket Nos. 43822 and 43823 (pages 1-379).

3. Supplemental Clerk's Record for Consolidated Appeal), State of Idaho v. David Leon Johnson, Minidoka County District Court Case Nos. CR-2005-02497 and CV-2012-00683; Idaho Supreme Court Docket Nos. 43822 and 43823 (pages 380-821).

4. Reporter's Transcript of various hearing (from post-conviction and criminal proceedings), State of Idaho v. David Leon Johnson, Minidoka County District Court Case Nos. CR-2005-02497 and CV-2012-00683; Idaho Supreme Court Docket Nos. 43822 and 43823; August 20, 2010; March 7, 2011; June 24, 2011; October 28, 2013; December 2, 2013; February 24, 2014; and July 14, 2014 (70 pages).

5. Reporter's Transcript of status hearing (concerning both post-conviction and criminal cases), State of Idaho v. David Leon Johnson, Minidoka County District Court Case Nos. CR-2005-02497 and CV-2012-00683; Idaho Supreme Court Docket Nos. 43822 and 43823; November 16, 2015 (12 pages).

6. Idaho Supreme Court Order Granting Motion to Augment and Suspend Briefing, State of Idaho v. David Leon Johnson, Minidoka County District Court Case Nos. CR-2005-02497 and CV-2012-00683; Idaho Supreme Court Docket Nos. 43822 and 43823; dated January 24, 2017 (2 pages).

7. Idaho Supreme Court Order Granting Motion to Sever Appeals, State of Idaho v. David Leon Johnson, Minidoka County District Court Case Nos. CR-2005-

02497 and CV-2012-00683; Idaho Supreme Court Docket Nos. 43822 and 43823; dated January 24, 2017 (1 page).

**F.	Severed Portion of Appeal (Second Direct Appeal), *State of Idaho v. David Leon Johnson*, Idaho Supreme Court Docket No. 43822**

1.	Appellant's Brief, State of Idaho v. David Leon Johnson, Idaho Supreme Court Docket No. 43822, dated March 28, 2017 (55 pages).

2.	Brief of Respondent, State of Idaho v. David Leon Johnson, Idaho Supreme Court Docket No. 43822, dated April 28, 2017 (28 pages).

3.	Appellant's Reply Brief, State of Idaho v. David Leon Johnson, Idaho Supreme Court Docket No. 43822, dated June 16, 2017 (20 pages).

4.	Idaho Supreme Court Notice of Court Assignment, State of Idaho v. David Leon Johnson, Idaho Supreme Court Docket No. 43822, dated June 23, 2017 (1 page).

5.	2018 Opinion No. 25, State of Idaho v. David Leon Johnson, Idaho Supreme Court Docket No. 43822, entered March 16, 2018 (26 pages).

6.	Remittitur, State of Idaho v. David Leon Johnson, Idaho Supreme Court Docket No. 43822, entered April 10, 2018 (1 page).

**G.	Severed Portion of Appeal (Post-Conviction Appeal), *David Leon Johnson v. State of Idaho*; Idaho Supreme Court Docket No. 43823**

1.	SAPD Motion for Leave to Withdraw and to Suspend the Briefing Schedule, with Affidavit and Memorandum in Support, David Leon Johnson v. State of Idaho, Idaho Supreme Court Docket No. 43823, dated March 2, 2017 (17 pages, including affidavit and memorandum).

2. Idaho Supreme Court Order Granting SAPD Motion for Leave to Withdraw and Suspend Brief Schedule, <u>David Leon Johnson v. State of Idaho</u>; Idaho Supreme Court Docket No. 43823, dated March 24, 2017 (1 page).

3. Idaho Supreme Court Order RE: Appellant's Brief, <u>David Leon Johnson v. State of Idaho</u>, Idaho Supreme Court Docket No. 43823, dated June 16, 2017 (1 page).

4. Idaho Supreme Court Order Dismissing Appeal, <u>David Leon Johnson v. State of Idaho</u>, Idaho Supreme Court Docket No. 43823, dated July 25, 2017 (1 page).

5. Remittitur, <u>David Leon Johnson v. State of Idaho</u>, Idaho Supreme Court Docket No. 43823, dated August 28, 2017 (1 page).

DATED this 7th day of February, 2019.

/s/
MARK W. OLSON
Deputy Attorney General
Capital Litigation Unit

# CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on or about the 7th day of February, 2019, I served a true and correct copy of the foregoing document by causing a copy thereof to be placed in the United States Mail, postage prepaid, addressed to:

| | | |
|---|---|---|
| Craig Durham | _____ | U.S. Mail |
| Ferguson Durham, PLLC | _____ | Hand Delivery |
| 223 N. 6th Street | _____ | Overnight Mail |
| Suite 325 | _____ | Facsimile |
| Boise, ID 83702 | __X__ | Electronic Court Filing |

/s/
MARK W. OLSON
Deputy Attorney General
Capital Litigation

*NOTICE OF LODGING STATE COURT RECORDS - 9*