UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID LEON JOHNSON,<br><br>    Petitioner,<br><br>vs.<br><br>JOSH TEWALT, Director of the Idaho Department of Correction; and CARMEN DYAS, Senior Probation Officer for Interstate Compact Parolees, also with the Idaho Department of Correction,<br><br>    Respondents. | Case No. 1:18-cv-00216-DCN<br><br>**JUDGMENT** |

In accordance with the Order entered on this date, IT IS ORDERED, ADJUDGED, and DECREED that this entire case is DISMISSED with prejudice. This case is also ordered closed.

DATED: February 25, 2022

_____
David C. Nye
Chief U.S. District Court Judge