Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
chd@fergusondurham.com
ISB No. 6428
Attorney for Petitioner

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID LEON JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>JOSH TEWALT, et al.,<br><br>Respondents. | Case No. 1:18-cv-00216-DCN<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Petitioner David Johnson appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Judgment (Dkt. 29) entered on February 25, 2022, and all interlocutory orders preceding judgment.

RESPECTFULLY SUBMITTED on this 18th day of March, 2022.

/s/Craig H. Durham
Attorney for Petitioner

1

## CERTIFICATE OF SERVICE

I CERTIFY that on the 18th day of March, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mark Olson
Mark.Olson@ag.idaho.gov

Attorney for Respondent.

/s/Craig H. Durham
Attorney for Petitioner